Erica Van Loon (SBN 227712)
Glaser Weil
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
310.553.3000 Telephone
310.556.2920 Facsimile
EVanLoon@GlaserWeil.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBMAGIC VENTURES, LLC, a California limited liability company<br><br>Plaintiff(s)<br><br>v.<br><br>DEUX RON, INC., a Tennessee Corporation;<br><br>RON HENSLEY, an individual; and<br><br>ERIC HENSLEY, an individual<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-05933<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jackson, John G.      of      Chambliss, Bahner & Stophel, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial*           605 Chestnut St., Suite 1700
423-757-0246      423-508-1246           Liberty Tower
*Telephone Number*   *Fax Number*            Chattanooga, TN 37450
jjackson@chamblisslaw.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants, Deux Ron, Inc., Ron Hensley Individually and Eric Hensley Individually

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Van Loon, Erica J.      of      Glaser Weil
*Designee's Name (Last Name, First Name & Middle Initial*         10250 Constellation Blvd., 19th Floor
227712         310.553.3000         310.556.2920     Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
EVanLoon@GlaserWeil.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**