| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WEBMAGIC VENTURES, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>DEUX RON, INC., a Tennessee corporation; RON HENSLEY, an individual; and ERIC HENSLEY, an individual,<br><br>  Defendants. | CASE NO.: 2:18-cv-5933-PA-AS<br><br>Hon. Percy Anderson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2), 12(B)(3), OR IN THE ALTERNATIVE, TO TRANSFER VENUE UNDER 28 U.S.C. §§ 1404, 1406, 1631**<br><br>DATE:     August 27, 2018<br>TIME:      1:30 p.m.<br>COURTROOM:   9A<br><br>TRIAL DATE:   Not set |

1  The Court, having considered Defendants' Motion to Dismiss Pursuant to Fed.
2  R. Civ. P. 12(b)(2), 12(b)(3), or in the Alternative, to Transfer Venue under 28 U.S.C.
3  §§ 1404, 1406, 1631; the opposition; and the reply, and good cause therefore
4  appearing, namely, that Defendants did not purposely direct allegedly infringing
5  activities to California, even if Plaintiff claims to have suffered loss in this state, see
6  this Court's prior decision in *Carsey-Werner Co., LLC v. BBC*, No. CV 17-8041 PA
7  (ASx), 2018 U.S. Dist. LEXIS 33862, at *11–16 (C.D. Cal. Feb. 23, 2018)
8  (Anderson, J.), GRANTS the Motion as follows:

9  The Court ORDERS the above-titled action DISMISSED.

10  [Optional] The Court ORDERS the above-titled action be TRANSFERRED to
11  the United States District Court for the Eastern District of Tennessee.

13  DATED: _____      By: _____
14                                                                           Hon. Percy Anderson
                                                                         United States District Judge