| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Erica J. Van Loon, SBN 227712, evanloon@glaserweil.com |
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| 10250 Constellation Blvd., 19th Fl., Los Angeles, CA 90067 |
| Tel: 310-553-3000   Fax: 310-556-2920 |

ATTORNEY(S) FOR: Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBMAGIC VENTURES, LLC, a California Limited Liability Company,<br><br>Plaintiff(s),<br>v.<br>DEUX RON, INC., a Tennessee corporation; RON HENSLEY, an individual; and ERIC HENSLEY, an individual,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-5933-PA-AS<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants Deux Ron, Inc., Ron Hensley, and Eric Hensley,
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Deux Ron, Inc. | Defendant / Owner of accused mark |
| Ron Hensley | Defendant / President of Deux Ron, Inc. |
| Eric Hensley | Defendant / Vice President of Deux Ron, Inc. |
| Webmagic Ventures, LLC | Plaintiff |

July 30, 2018                                   /s/ Erica J. Van Loon
Date                                                 Signature

Attorney of record for (or name of party appearing in pro per):

Defendants