RUSSELL M. SELMONT (SBN 252522)
  rselmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

CARL OPPEDAHL (*Pro Hac Vice* - CO SBN. 27859)
  carl2@oppedahl.com
AILEEN LAW (*Pro Hac Vice* – CO SBN 33043)
  alaw@oppedahl.com
MICAH GUNN (*Pro Hac Vice* – CO SBN 47934)
  mgunn2@oppedahl.com
**OPPEDAHL PATENT LAW FIRM LLC**
P O Box 669
Broomfield, Colorado  80038-0669
Telephone  (303) 252-8800

Attorneys for Plaintiff WEBMAGIC VENTURES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WEBMAGIC VENTURES, LLC, a California limited liaiblity company,<br><br>Plaintiff,<br><br>v.<br><br>DEUX RON, INC., a Tennessee corporation; RON HENSLEY, an individual; and ERIC HENSLEY, an individual,<br><br>Defendants. | Case No. 2:18-cv-5933-PA-AS<br><br>*Hon. Percy Anderson – Crtrm. 9A*<br><br>**DECLARATION OF AARON CROFT IN SUPPORT OF PLAINTIFF WEBMAGIC VENTURES, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(B)(2), 12(B)(3), OR IN THE ALTERNATIVE, TO TRANSFER VENUE UNDER 28 U.S.C. §§ 1404, 1406, 1631**<br><br>Date:     August 27, 2018<br>Time:     1:30 p.m.<br>Place:    Courtroom 9A |

ERVIN COHEN & JESSUP LLP

1

DECLARATION OF AARON CROFT IN SUPPORT OF PLAINTIFF WEBMAGIC VENTURES, LLC'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER

**DECLARATION OF AARON CROFT**

I, Aaron Croft, declare as follows:

1.    I am an employee of WebMagic Ventures, LLC. I am making this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer Venue, as captioned above. Unless otherwise stated, I have personal and first-hand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2.    I live in West Covina, a city of Los Angeles County, California.

3.    On July 30, 2018 I conducted three transactions ("first", "second", and "third" "transaction(s)") on the website www.gatlinburgarcade.com ("website").

4.    In a first transaction I created a profile on the website and through that profile signed up for a mailing list which requested both my physical and electronic mailing addresses.

5.    In a second transaction I selected the "purchase as guest" feature. I added an Arcadia card to my shopping cart and was required to supply both my physical and electronic mailing addresses and select a shipping option before I was allowed to complete the transaction. After completion of the transaction a confirmation screen appeared and gave no indication that the card would not be shipped. Sometime after this transaction I received an email receipt stating that the card would not be shipped.

6.    In a third transaction, following completion of the second transaction I was encouraged to post about Arcadia cards on social media. I clicked on a link of the website which automatically facilitated posting about the Arcadia cards to Google+.

7.    Exhibits 1—21 are a true and accurate screenshot that I took from the website in the course of conducting the transactions above.

8.    Exhibits 1 and 2 show pages of the website having the term ARCADIA at the top of the page and an image of an arcade below.

ERVIN COHEN & JESSUP LLP

DECLARATION OF AARON CROFT IN SUPPORT OF PLAINTIFF WEBMAGIC VENTURES, LLC'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER

9.      Exhibits 3 – 5 show the website page offering the Arcadia cards for sale.

10.      Exhibits 6 – 10 show the website pages encountered and forms required to be completed in order to conduct the first transaction.

11.      Exhibit 11 shows an Arcadia card added to the shopping cart of the profile created in the first transaction.

12.      Exhibits 12 – 17 show the website pages encountered and forms required to be completed in order to conduct the second transaction.

13.      Exhibits 18– 21 show the website pages encountered in conducting and completing the third transaction.

14.      Exhibit 22 is a true and accurate screenshot that I took of the email I received after I completed the first transaction.

15.      Exhibit 23 is a true and accurate screenshot that I took of the email that I received after I completed the second transaction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 3, at Los Angeles County, California.



AARON CROFT

DECLARATION OF AARON CROFT IN SUPPORT OF PLAINTIFF WEBMAGIC VENTURES, LLC'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER

ERVIN COHEN & JESSUP LLP

# EXHIBIT 1

# EXHIBIT 1



Gatlinburg Arcade | Arc...

← → C   ⓘ Not secure | gatlinburgarcade.com


**Explore Online Specials**

  **ARCADIA**

HOME   GAMES   PRIZES












A Live Escape Experience

# EXHIBIT 2

# EXHIBIT 2



## Gatlinburg's LARGEST Family Fun Arcade Attraction

Enjoy over 100 of the hottest games in this 25,000 square foot amusement center. Located below the Gatlinburg Space Needle, Arcadia's brand new multi-colored facade came to life in 2008. Now, you can follow the glistening, lighted pillars right into our front entrance. There our friendly staff will greet you, ready and eager to supply you with play cards for the ultimate gaming experience. You can pick up play cards purchased from our online store at the ticket booth, or use one of our many kiosks on location.



Delight yourself with our vast variety of amusement games, simulators, and activities. Earn as many eTickets as you can and redeem them at our elite redemption counter, one of the largest redemption centers in Gatlinburg!

**Arcadia ~ Win Big.**

## Ticket Packages and Special Discount Offers



### The Latest Games

It's time to have fun! There's nothing better than enjoying our 25,000 sq. foot Family Fun Arcade.

Learn More >



### Family Fun

Your Family Fun stop in the heart of Gatlinburg. With the largest selection of games in the Smokies!

Learn More >



### Arcadia Play Cards

Buy Arcadia Play Cards and get bonus plays. Big time savings! Get more fun for your buck by buying online.

Learn More >

# EXHIBIT 3

# EXHIBIT 3



All prices are in USD.

Compare (0 Item) | My Account | Gift Certificates | Sign in or Create an account

**Online Store**

Search 🔍

🛒 **Shopping Cart**
2 Items / $49.99

SPECIALS ⌄    TICKETS    GROUP SALES    PLAY CARDS    THEATER    PARTY PACKAGES    GIFTS ⌄    ITEM PICKUP    BLOG

Home  >  Play Cards  >  Arcadia Play Card



# Arcadia Play Card

★★★★★ 7 product reviews

## $10.00

\* **Arcadia Play Cards:**

[ 10.00 ▼ ]

**Quantity:**

[ 1 ]

[ ADD TO CART ]    [ ADD TO WISHLIST ]





## Product Description  ⌄

**Buy Arcadia Play Cards online!**

Who's up for game night at the best arcade in Gatlinburg? **Buy your Play Cards online and have game night (or day).**

# EXHIBIT 4

# EXHIBIT 4







# Arcadia Play Card

★ ★ ★ ★ ★  7 product reviews

## $10.00

**\* Arcadia Play Cards:**

[ 10.00 ▼ ]

**Quantity:**

[ 1 ]

[ ADD TO CART ]  [ ADD TO WISHLIST ]

## Product Description

**Buy Arcadia Play Cards online!**

Who's up for game night at the best arcade in Gatlinburg? **Buy your Play Cards online and have game night (or day).**

**The more you buy, the more Gold you get!**

Perfect for families with kids who love a day at the arcade.

$10 = 40 gold
$20 = 100 gold *$5 bonus*
$50 = 280 *$20 bonus*
$100 = 600 gold *$50 bonus*

# EXHIBIT 5

# EXHIBIT 5



# EXHIBIT 6

# EXHIBIT 6

Gatlinburg Space Needle

Secure | https://store-cc814.mybigcommerce.com/checkout.php

All prices are in USD.

Compare (0 Item) | My Account | Gift Certificates | Sign in or Create an account



**Online Store**

Search

Shopping Cart
1 Item / $10.00

SPECIALS ⌄    TICKETS    GROUP SALES    PLAY CARDS    THEATER    PARTY PACKAGES    GIFTS ⌄    ITEM PICKUP    BLOG

## Secure Checkout

### STEP 1: ACCOUNT DETAILS

#### I'm A New Customer

Register with us for a faster checkout, to track the status of your order and more. You can also checkout as a guest.

○ Checkout as a guest
● Register an account

**CONTINUE**

#### I'm A Returning Customer

To continue, please enter your email address and password that you use for your account.

Email Address: [                    ]

Password: [                    ]

**CONTINUE**

Forgot your password?

# EXHIBIT 7

# EXHIBIT 7

## STEP 2: BILLING & ACCOUNT DETAILS

MODIFY »

* Email Address:    acroft626@gmail.com

* Password:    ••••••••

* Confirm Password:    ••••••••

* First Name:    Aaron

* Last Name:    Croft

Company Name:

* Phone Number:    909-498-6736

* Address Line 1:    301 S. Glendora Ave. #214:

Address Line 2:

* Suburb/City:    West Covina

* Country:    United States ▾

* State/Province:    California ▾

* Zip/Postcode:    917

☑ Save this address in my address book

# EXHIBIT 8

# EXHIBIT 8

* Email Address:     acroft626@gmail.com

* Password:          •••••••

* Confirm Password:  •••••••

* First Name:        Aaron

* Last Name:         Croft

Company Name:

* Phone Number:      909-498-6736

* Address Line 1:    301 S. Glendora Ave. #214₂

Address Line 2:

* Suburb/City:       West Covina

* Country:           United States ▾

* State/Province:    California ▾

* Zip/Postcode:      917

☑ Save this address in my address book

☑ I also want to ship to this address

BILL & SHIP TO THIS ADDRESS

# EXHIBIT 9

# EXHIBIT 9



# EXHIBIT 10

# EXHIBIT 10



# EXHIBIT 11

# EXHIBIT 11

All prices are in USD.

Compare (0 Item) | My Account | Gift Certificates | Sign in or Create an account

SPACE NEEDLE
**Online Store**

Search 🔍

🛒 **Shopping Cart**
1 Item / $10.00

🏠 | SPECIALS ⌄ | TICKETS | GROUP SALES | PLAY CARDS | THEATER | PARTY PACKAGES | GIFTS ⌄ | ITEM PICKUP | BLOG

Home  >  ... Previous Page  >  Your Shopping Cart

## Your Shopping Cart

| Cart Items | | Qty | Item Price | Total | |
|---|---|---|---|---|---|
| | **Arcadia Play Card**<br>Arcadia Play Cards:   10.00<br>*Change* | 1 | $10.00 | *$10.00* | ✖ |

Subtotal **$10.00**

ESTIMATE SHIPPING & TAX

Tax                    $0.20

**GRAND TOTAL $10.20**

CLICK HERE TO KEEP SHOPPING

PROCEED TO CHECKOUT

-- or use --

**PayPal** Check out
The safer, easier way to pay

| **Coupon Code** | **Redeem Gift Certificate** |
|---|---|

# EXHIBIT 12

# EXHIBIT 12

All prices are in USD.

Compare (**0 Item**) | My Account | Gift Certificates | Sign in or Create an account

**SPACE NEEDLE** Online Store

Search 🔍

🛒 **Shopping Cart**
1 Item / $10.00

🏠 | SPECIALS ⌄ | TICKETS | GROUP SALES | PLAY CARDS | THEATER | PARTY PACKAGES | GIFTS ⌄ | ITEM PICKUP | BLOG

## Secure Checkout

**STEP 1: ACCOUNT DETAILS** | Checking out as a guest | **MODIFY »**

### I'm A New Customer

Register with us for a faster checkout, to track the status of your order and more. You can also checkout as a guest.

- ● Checkout as a guest
- ○ Register an account

[ CONTINUE ]

### I'm A Returning Customer

To continue, please enter your email address and password that you use for your account.

Email Address: [                    ]

Password: [                    ]

[ CONTINUE ]

Forgot your password?

# EXHIBIT 13

# EXHIBIT 13

**STEP 2: BILLING DETAILS**

Aaron Croft, 301 S. Glendora Ave. #2142, West Covina, Cal...                    MODIFY »

* Email Address:        acroft626@gmail.com

* First Name:           Aaron

* Last Name:            Croft

Company Name:

* Phone Number:         909-498-6736

* Address Line 1:       301 S. Glendora Ave. #2142

Address Line 2:

* Suburb/City:          West Covina

* Country:              United States ▾

* State/Province:       California ▾

* Zip/Postcode:         917

☑ I also want to ship to this address

BILL & SHIP TO THIS ADDRESS

**STEP 3: SHIPPING DETAILS**

# EXHIBIT 14

# EXHIBIT 14

## STEP 4: SHIPPING METHOD

Please choose the shipping method for your order:

○ Free Shipping *$0.00*

[CONTINUE]

## STEP 5: ORDER CONFIRMATION

## STEP 6: PAYMENT DETAILS

---

## Sign up for our newsletter

[Name] [Email] [SUBMIT]

### QUICK LINKS

Item Pickup
Blog

### CATEGORIES

Specials
Tickets
Group Sales
Play Cards
Theater
Party Packages
Gifts

### BRANDS

Gatlinburg Space Needle

**View all brands**

### CONNECT WITH US

# EXHIBIT 15

# EXHIBIT 15

**STEP 5: ORDER CONFIRMATION**

Please review the contents of your order below and then choose how you'd like to pay for your order.

| Cart Items | | Qty | Item Price | Total |
|---|---|---|---|---|
|  | **Arcadia Play Card** (Arcadia Play Cards: 10.00) | 1 | $10.00 | *$10.00* |

| | |
|---|---|
| **Subtotal** | $10.00 |
| **Shipping (Free Shipping)** | $0.00 |
| **Tax** | $0.20 |
| **Grand Total** | $10.20 |

Gift Certificate or Coupon Code: [                    ] APPLY

**Order Instructions/Comments (Optional)**

**Hear From Us Via Email?**

☑ I'd like to receive your newsletter
☑ I'd like to receive special offers

CONTINUE

**STEP 6: PAYMENT DETAILS**

# EXHIBIT 16

# EXHIBIT 16



# EXHIBIT 17

# EXHIBIT 17



# EXHIBIT 18

# EXHIBIT 18

All prices are in USD.

Compare (0 Item)  |  My Account  |  Gift Certificates  |  Sign in or Create an account

SPACE NEEDLE
Online Store

Search 🔍

🛒 Shopping Cart
0 Item / 0.00

🏠 | SPECIALS ⌄ | TICKETS | GROUP SALES | PLAY CARDS | THEATER | PARTY PACKAGES | GIFTS ⌄ | ITEM PICKUP | BLOG

## Thanks for Your Order, Aaron!

Your order number is: 6451

We've received your order and will begin processing it right away. For your records, an email confirmation has been sent to acroft626@gmail.com. It contains details of the items you purchased and also a tracking number (if applicable).

**f** Facebook | **Twitter** | **Google+**

**I just bought 'Arcadia Play Card' on Gatlinburg Space Needle Store**
https://store-cc814.mybigcommerce.com

Buy Arcadia Play Cards online! Who's up for game night at the best arcade in Gatlinburg? Buy your Play Cards online and have game night (or day). The more you buy, the more Gold you get! Perfe...

[ Share This ]

[ CONTINUE SHOPPING ON GATLINBURG SPACE NEEDLE STORE ]

### CUSTOMERS ALSO LIKED

★★★★★                                                            ELITE VIP

# EXHIBIT 19

# EXHIBIT 19



# EXHIBIT 20

# EXHIBIT 20



✕     Google+     **POST**



aaron croft ▸ WatchMaker for Wear OS, Samsung Gear & Apple Watch

What's new with you?



Arcadia Play Card

store.gatlinburgspaceneedle.com

# EXHIBIT 21

# EXHIBIT 21



# EXHIBIT 22

# EXHIBIT 22

Q   Search mail

2 of 2,033

Welcome to Gatlinburg Space Needle Store      Inbox ×

Gatlinburg Space Needle Store sales@gatlinburgspaceneedle.com via store.smtp.bigcommerce.      5:33 PM (9 minutes ago)
to me ▾

## Welcome to Gatlinburg Space Needle Store

Hi Aaron,

For your convenience, we've created you an account on Gatlinburg Space Needle Store so you can check the status of your order and checkout quicker in the future.

To login you will need to follow the link below to nominate your password:

https://store-cc814.mybigcommerce.com/login.php?action=change_password&c=5805&t=aeced61b3fd5eb9d93693ccadd07b5f6

If you have any questions regarding your account, click 'Reply' in your email client and we'll be only too happy to help.

...

↩ Reply      ➡ Forward

# EXHIBIT 23

# EXHIBIT 23





# Your Gatlinburg Space Needle Store Order Confirmation (#6451) 📩 Inbox ×

**Gatlinburg Space Needle Store** sales@gatlinburgspaceneedle.com via store.smtp.bigcommerce  5:33 PM (11 minutes ago)  ☆  ↩  ⋮
to me ▾

## NOTE: Items will NOT be shipped.

## Thank you. Your Order is Now Ready for Pickup!

ℹ Your order ID is #6451
All purchases may be picked up at the Gatlinburg Space Needle.

### Billing Address

**Aaron Croft**
301 S. Glendora Ave. #2142
West Covina, California 91790
United States
909-498-6736

## Your Order Contains...

| Cart Items | SKU | Qty | Item Price | Item Total |
|---|---|---|---|---|
| **Arcadia Play Card**<br>(Arcadia Play Cards: 10.00) | arcadiaplaycards | 1 | $10.20 USD | **$10.20 USD** |

| | |
|---|---|
| Subtotal: | $10.20 USD |
| Shipping: | $0.00 USD |
| Grand Total: | $10.20 USD |
| Tax Included in Total: | $0.20 USD |

•••

1

## CERTIFICATE OF SERVICE

2

## CENTRAL DISTRICT OF CALIFORNIA

3

*WebMagic Ventures LLC v. Deux Ron, Inc., et al.*

4

*Case No.: 2:18-cv-PA-AS*

5

6

The undersigned certifies that on August 6, 2018, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

7

8

9

**DECLARATION OF AARON CROFT IN SUPPORT OF PLAINTIFF WEBMAGIC VENTURES, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(B)(2), 12(B)(3), OR IN THE ALTERNATIVE, TO TRANSFER VENUE UNDER 28 U.S.C. §§ 1404, 1406, 1631**

10

11

12

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

13

By: _____/s/ Russell M. Selmont_____

14

Russell M. Selmont

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERVIN COHEN & JESSUP LLP