JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBMAGIC VENTURES, LLV, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DUEX RON, INC., a Tennessee corporation; RON HENSLEY, an individual; and ERIC HENSLEY, an individual,<br><br>Defendants. | CV 18-5933 PA (ASx)<br><br>JUDGMENT |

Pursuant to the Court's August 22, 2018 Minute Order granting the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants DUEX RON, INC., RON HENSLEY, and ERIC HENSLEY (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for lack of personal jurisdiction.

IT IS SO ORDERED.

DATED: August 22, 2018

                                            Percy Anderson
                                  UNITED STATES DISTRICT JUDGE